No. 425. WILLIAM C. ATWATER & CO., INC. *v.* UNITED STATES. October 23, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Chauncey I. Clark* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman* and *Mr. H. Brian Holland* for the United States.

No. 430. ESSELSTYN, EXECUTOR, *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 23, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Donald Horne* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key* and *S. Dee Hanson* for respondent.

No. 431. U. S. FIDELITY & GUARANTY CO. ET AL. *v.* MISSISSIPPI ET AL. October 23, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William H. Watkins* for petitioners. No appearance for respondents.

No. 436. SPURLOCK ET AL. *v.* SECURITY BUILDING & LOAN ASSN. ET AL. October 23, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Charles H. Rutherford* for petitioners *Mr. Henderson Stockton* for respondents.

No. 439. LITTLE *v.* COX & CARPENTER, INC., ET AL. October 23, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. S. C. Mize* for petitioner. *Messrs. J. Zach Spearing*